CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Salvador Alexander Campos-Rodriguez**<br>YOB: 1993; El Salvador Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-00283MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 5, 2018, at or near Topawa in the District of Arizona, **Salvador Alexander Campos-Rodriguez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana on November 24, 2017 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Salvador Alexander Campos-Rodriguez** is a citizen of El Salvador. On November 24, 2017, **Salvador Alexander Campos-Rodriguez** was lawfully denied admission, excluded, deported and removed from the United States through Alexandria, Louisiana. On May 5, 2018, agents found **Salvador Alexander Campos-Rodriguez** in the United States at or near Topawa, Arizona, without the proper immigration documents. **Salvador Alexander Campos-Rodriguez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>CMN/RCW<br>AUTHORIZED AUSA /s/Carolyn M. Nedder | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>May 7, 2018 |

[1)] See Federal rules of Criminal Procedure Rules 3 and 54